## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 10-cv-02435-MSK-KMT | FTR - Courtroom C-201 |
| **Date:** July 14, 2011 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| A.H., a minor by and through his parent and next friend, <br> TONY HADJIH, and <br> TONY HADJIH, individually, <br><br> Plaintiffs, <br><br> v. <br><br> EVENFLO COMPANY, INC., a Delaware corporation, <br><br> Defendant. | Frank W. Coppola <br> William C. Marlin <br> Jeff Rowe <br> Michael Leinz <br> Christopher Stucky <br><br><br><br><br> Michiko A. Brown <br> Dan Howe Ball |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 10:26 a.m.**
Court calls case. Appearances of counsel.

Motion Hearing is called regarding Plaintiffs' First Motion to Compel Discovery with Memorandum in Support and Request for Hearing [Doc. No. 42, filed May 20, 2011].

Oral argument from plaintiff.
Discussion of plaintiff's exhibits 1, 36, 61, 61A, 62, 62A, 65, and 67.

**Court in recess: 11:18 a.m.**
**Court in session: 11:26 a.m.**

Oral argument from defense.

It is **ORDERED**:   Plaintiffs' First Motion to Compel Discovery with Memorandumin Support and Request for Hearing [42] is **TAKEN UNDER ADVISEMENT**. The court will issue a written order on this matter.

**Court in recess: 12:00 p.m.**
Hearing concluded.
Total In-Court Time    01:26

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.