# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 10-cv-02435-RBJ-KMT | FTR - Courtroom C-201 |
| **Date:** May 9, 2012 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| A.H., a minor by and through his parent and next friend, <br> TONY HADJIH, and <br> TONY HADJIH, individually, <br><br> Plaintiffs, <br><br> v. <br><br> EVENFLO COMPANY, INC., a Delaware corporation, <br><br> Defendant. | Christopher Jacob Stucky <br> William C. Marlin <br><br><br><br><br><br><br><br> Molly Miller Jones <br> Dan Howe Ball (by phone) |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:33 p.m.**
Court calls case. Appearances of counsel.

Motion Hearing is called regarding Plaintiffs' Motion for Sanctions Against Evenflo for Violation of the Court's Discovery Order and Memorandum in Support [Doc. No. 86, filed March 2, 2012] and Plaintiff's Motion Requesting the Court to Conduct In Camera Review of Documents that Defendant Evenflo Company, Inc., is Withholding Pursuant to Claimed Privileges [Doc. No. 87, filed March 2, 2012].

It is **ORDERED**: Plaintiffs' Motion for Sanctions [86] is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** to the extent that Evenflo misunderstood the court's previous order and certain information discussed on the record was not produced. Evenflo will produce the additional testing material on or before May 30, 2012. The deadline to submit rebuttal expert reports as to Dr. Ross and Mr. Whitman is extended to June 11, 2012. The motion is **DENIED** as to plaintiffs' request for sanctions.

It is **ORDERED**: Plaintiff's Motion Requesting the Court to Conduct In Camera

Review [87] is **GRANTED IN PART**. The court will examine the documents tendered by Ms. Jones in camera. Ruling on the substantive issues in the motion is **HELD IN ABEYANCE** pending in camera review.  The documents to be reviewed, submitted to the Deputy Clerk this date, will be held under Restriction - Level 3 and held as conventionally filed documents.

**Court in Recess: 2:52 p.m.**
Hearing concluded.
Total In-Court Time     01:19

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.