IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 10-cv-02435-RBJ-KMT

A.H., a minor, by and through his parent and next
friend, TONY HADJIH, and
TONY HADJIH, individually,

 **Plaintiffs,**

v.

EVENFLO COMPANY, INC., a Delaware corporation

 **Defendant.**

---

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO RECONSIDER (DOC #245)**

---

COME NOW Plaintiffs and hereby withdraw their Motion To Reconsider The Court's Ruling On Plaintiffs' Motion *In Limine* Based On Newly Discovered Evidence In Randy Kiser's Deposition That Shows The Discovery Manual At Issue Failed To Comply With The Requirements Of Federal Motor Vehicle Safety Standard (FMVSS) 213 (Doc #245) filed with the Court on November 23, 2015.

             Respectfully Submitted,

             /s/ Jeffrey D. Rowe_____
             R. Douglas Gentile
             Jeffrey D. Rowe
             Douthit Frets Rouse Gentile & Rhodes, LLC
             5250 W. 116th Place, Suite 400
             Leawood, Kansas 66211
             (913) 387-1600
             (913) 928-6739 - fax
             dgentile@dfrglaw.com
             jrowe@dfrglaw.com

William C. Marlin
Franklin D. Azar and Associates P.C.
14426 East Evans Avenue
Aurora, Colorado 80014
(303) 757-3300
(303) 757-3206 – fax
Marlinb@fdazar.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon counsel for defendant Evenflo via electronic notification this 1st day of December, 2015.

John M. Fitzpatrick
Michiko A. Brown
Erin F. Frohardt
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Fitzpatrick@wtotrial.com
Brown@wtotrial.com
Frohardt@wtotrial.com

Dan H. Ball
Richard P. Cassetta
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri  63102
dhball@bryancave.com
richard.cassetta@bryancave.com

/s/ Jeffrey D. Rowe_____
Attorney for Plaintiffs