IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: December 7, 2015 |
| Court Reporter: Kara Spitler | |

Civil Action No. **10-cv-2435-RBJ-KMT**

| *Parties*: | *Counsel*: |
|---|---|
| **A.H., a minor, by and through his parent and next friend, TONY HADJIH, and TONY HADJIH, individually**, | R. Douglas Gentile<br>Jeffrey Rowe<br>William C. Marlin |
| Plaintiffs, | |
| v. | |
| **EVENFLO COMPANY, INC., a Delaware corporation**, | John M. Fitzpatrick<br>Erin Frohardt |
| Defendant. | |

COURTROOM MINUTES

**JURY TRIAL - DAY ONE**

**8:58 a.m.     Court in session**.

Plaintiff Tony Hadjih and defendant representative Bill Gross are present.

**9:12 a.m.**     Potential jurors are brought to the courtroom.

Preliminary remarks by the Court.

Jury panel is sworn for voir dire.

The Court seats thirteen potential jurors.

Court staff, attorneys, parties and witnesses are introduced.

Preliminary instructions by the Court.

**9: 25 a.m.**     Voir dire by the Court.

**9:55 a.m.**     Voir dire by Mr. Marlin.

**10:47 a.m.**    **Court in recess.**

**10:58 a.m.**    **Court in session.**  Jury present.

Voir dire by Mr. Marlin continues.

**11:48 a.m.**    Voir dire by Mr. Fitzpatrick.

**Challenge(s) for Cause:**

1.     100324297

**Plaintiffs' Peremptory Challenges:**

1.     100287759
2.     100292828
3.     100312659

**Defendant's Peremptory Challenges:**

1.     100315197
2.     100306443
3.     100316161

**Seven jurors sworn to try the case:**

1. **100325260**
2. **100320441**
3. **100326854**
4. **100293370**
5. **100292842**
6. **100314011**
7. **100295971**

Court instructs the jury.

**12:21 p.m.**     **Court in recess.**

**1:29 p.m.**     **Court in session.**

       Jury is present.

Jury instructions are read.

**2:02 p.m.**     Opening statement by Mr. Marlin.

**2:52 p.m.**     **Court in recess**

**3:05 p.m.**     **Court in session.**

**3:07 p.m.**     Opening statement by Mr. Fitzpatrick.

**3:51 p.m.**     Video deposition of plaintiffs' witness Stephanie Thompson played.

**4:17 p.m.**     Jury excused, to be present at 10:00 a.m. tomorrow.

**4:20 p.m.**     **Court in recess.**

**4:25 p.m.**     **Court in session.**

Court and counsel discuss pending matters.

**4:55 p.m.**     **Court in recess**

**Total Time: 6 hours and 20 minutes**

**Trial continued.**