IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter:    Kara Spitler

Date: December 9, 2015

Civil Action No. **10-cv-2435-RBJ-KMT**

*Parties*:

**A.H., a minor, by and through his parent and next friend, TONY HADJIH, and TONY HADJIH, individually**,

    Plaintiffs,

v.

**EVENFLO COMPANY, INC., a Delaware corporation**,

    Defendant.

*Counsel*:

R. Douglas Gentile  
William C. Marlin

John M. Fitzpatrick  
Erin Frohardt

COURTROOM MINUTES

**JURY TRIAL - DAY THREE**

**9:03 a.m.     Court in session**.

Plaintiff Tony Hadjih and defendant representative Bill Gross are present.

Plaintiffs' **exhibits 50-A through 50-D (inclusive)** identified, offered and ADMITTED.

**9:05 a.m.**     Cross examination of plaintiffs' witness Gary Whitman by Mr. Fitzpatrick continues.

Plaintiffs' **exhibit 101** identified, offered and ADMITTED.

Defendant's **exhibit E** identified, offered and ADMITTED.

Defendant's **exhibit XXX** identified, offered and ADMITTED.

**10:35 a.m.    Court in recess**

**10:45 a.m.    Court in session**

**11:28 a.m.**    Redirect examination by Mr. Gentile.

**11:40 a.m.**    Bench conference.

Questions by the jury to the witness.

Witness is excused.

**11:52 a.m.    Court in recess**

**1:01 p.m.     Court in session**

**1:05 p.m.**     Direct examination of plaintiffs' witness Dr. Wayne Ross by Mr. Rowe.

Plaintiffs' **exhibit 115** identified, offered and ADMITTED.

Plaintiffs' **exhibit 116** identified, offered and ADMITTED.

Plaintiffs' **exhibit 131-C ,131-D, 131-L, 131-M, and 131-N** identified, offered and ADMITTED.

Plaintiffs' **exhibit 118** identified, offered and ADMITTED.

Plaintiffs' **exhibit 130-E** identified, offered and ADMITTED.

Plaintiffs' **exhibit 154-F** identified, offered and ADMITTED.

**2:36 p.m.     Court in recess**

**2:46 p.m.     Court in session**

   Cross examination by Mr. Fitzpatrick.

Defendant's **exhibit B-65** identified, offered and ADMITTED.

**3:26 p.m.**    Bench conference.

Questions by the jury to the witness.

**3:29 p.m.**     Recross examination by Mr. Fitzpatrick.

Witness is excused.

**3:31 p.m.**     Direct examination of plaintiffs' witness Dr. Ashfraf Azeem by Mr. Marlin.

**4:06 p.m.**     Cross examination by Ms. Frohardt.

Witness is excused.

**4:15 p.m.**     Direct examination of plaintiffs' witness Leeah Hoffman by Mr. Marlin.

Witness is excused.

**4:34 p.m.**     Direct examination of plaintiffs' witness Jill Jones by Mr. Marlin.

Witness is excused.

**4:45 p.m.**     Video deposition of plaintiffs' witness Randy Kiser is played.

**4:56 p.m.**     Jury excused, to be present at 9:00 a.m. tomorrow.

**5:00 p.m.**     **Court in recess.   Trial continued.**

**Total Time: 6:21**