IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Kathy Preuitt-Parks     Date: December 10, 2015
Court Reporter:     Kara Spitler

Civil Action No. **10-cv-2435-RBJ-KMT**

| *Parties*: | *Counsel*: |
|---|---|
| **A.H., a minor, by and through his parent and next friend, TONY HADJIH, and TONY HADJIH, individually**, | R. Douglas Gentile<br>William C. Marlin<br>Jeffrey Rowe |
| Plaintiffs, | |
| v. | |
| **EVENFLO COMPANY, INC., a Delaware corporation**, | John M. Fitzpatrick<br>Erin Frohardt |
| Defendant. | |

COURTROOM MINUTES

**JURY TRIAL - DAY FOUR**

**9:04 a.m.**     **Court in session**.

Plaintiff Tony Hadjih and defendant representative Bill Gross are present.

**9:05 a.m.**     Video deposition of plaintiffs' witness Randy Kiser continues.

**10:49 a.m.**    **Court in recess**

**11:00 a.m.**    **Court in session**

              Direct examination of plaintiffs' witness Stephanie Shea by Mr. Marlin.

**11:26 a.m.**    Cross examination by Ms. Frohardt.

**11:32 a.m.**     Redirect examination by Mr. Marlin.

Witness is excused.

**11:33 a.m.**     Direct examination of plaintiffs' witness Mark Moore by Mr. Marlin.

**11:48 a.m.**     Bench conference.

Question by the jury to the witness.

Witness is excused.

**11:50 a.m.**     Direct examination of plaintiffs' witness Emily Reese by Mr. Marlin.

Witness is excused.

**11:58 a.m.     Court in recess**

**1:15 p.m.       Court in session**

Court and counsel address note from a juror.

**1:22 p.m.**      Jurors are present.

Court questions juror regarding the juror note.

**1:26 p.m.**      Direct examination of plaintiffs' witness Dr. John Kirk by Mr. Rowe.

Plaintiffs' **exhibit 144** identified, offered and ADMITTED.

Plaintiffs' **exhibit 154-E** identified, offered and ADMITTED.

**2:55 p.m.       Court in recess**

**3:10 p.m.       Court in session**

        Cross examination by Ms. Frohardt.

**3:30 p.m.**      Redirect examination by Mr. Rowe.

**3:32 .m.**       Bench conference.

Question by the jury to the witness.

**3:41 a.m.**     Recross examination by Ms. Frohardt.

Witness is excused.

**3:43 p.m.**     Direct examination of plaintiffs' witness Darlene Carruthers y Mr. Marlin.

Plaintiffs' **exhibit 181** identified, offered and ADMITTED.

Plaintiffs' **exhibit 180-A** identified, offered and ADMITTED.

**4:41 p.m.**     Cross examination by Mr. Fitzpatrick.

Witness is excused.

**5:00 p.m.**     Jury excused, to be present at 9:00 a.m. tomorrow.

Plaintiffs' **exhibits 172, 160, 161, 174, 50-E, and 7-A** identified, offered and ADMITTED.

**5:02 p.m.**     **Court in recess.  Trial continued.**

**Total Time: 6:15**