IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 10-cv-02435-RBJ-KMT

A.H., a minor, by and through his parents and next of friend,
TONY HADJIH and
TOMY HADJIH, individually,

     Plaintiffs,

v.

EVENFLO COMPANY, INC., a Delaware Corporation,

     Defendant.

---

**VERDICT**

---

     We, the jury, present our Answers to Questions submitted by the Court, to which we have all agreed:

    1.     Do you find that Plaintiffs Tony Hadjih and ~~A. H~~ have proven each of the four elements of their claim as listed in Instruction No. 14 by a preponderance of the evidence? (Yes or No)

     ANSWER: _No_

     **If your answer to Question number 1 is "no," please sign the verdict without proceeding to the other questions. If your answer to Question number 1 is "yes," please proceed to question number 2.**

    2.     Do you find that the defendant Evenflo Company, Inc. has proven both elements of its affirmative defense of the negligence of the nonparty, Razika Daya Hadjih, as listed in Instruction No. 15 by a preponderance of the evidence? (Yes or No)

     ANSWER: _____

3.   What is the total amount of damages, if any, that you award to Plaintiff Tony Hadjih, applying the requirements set forth in Instruction No. 19?

ANSWER: $_____

4.   What is the total amount of damages, if any, that you award to Plaintiff ~~A. H.~~ in any one or more of the categories set forth in Instruction No. 20?  Enter the figure zero, "O," for any category if you determine there were no damages.

a.   Noneconomic damages, excluding any damages for physical impairment or disfigurement.

ANSWER:  $_____

b.   Economic damages.

ANSWER: $_____

b.   Physical impairment or disfigurement, excluding any damages that were awarded as non-economic damages.

ANSWER: $_____

5.   Taking as 100 percent the combined negligence or fault that caused Plaintiffs Tony Hadjih and ~~A. H.~~ damages, what percentage, if any, was caused by the negligence or fault of:

a.   Defendant Evenflo; and

b.   The designated nonparty?

ANSWER:

Percentage charged to Defendant Evenflo:   _____

Percentage charged to the designated nonparty, Razika Daya Hadjih:   _____

MUST TOTAL: 100%